Wayne E. Borgeest (WB-3034)
Joan M. Gilbride (JG-6238)
Ann Marie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 761-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
acollins@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                              Chapter 11

REFCO, INC., et al.,                                                         Case No. 05-60006 (RDD)

                        Debtors.                                     (Jointly Administered)
-------------------------------------------------------------x
TONE N. GRANT, et al.,
                                                                                        Adversary Proceeding No.
                        Plaintiffs,             07- 2005 (RDD)

      -against-

AXIS REINSURANCE COMPANY,

                        Defendant.
-------------------------------------------------------------x

## NOTICE OF APPEAL

Axis Reinsurance Company ("Axis"), the defendant in this Adversary Proceeding, by counsel, hereby respectfully appeals under 28 U.S.C. § 158(a) from the order of Bankruptcy Court Judge Robert D. Drain granting, in part, Certain Defendants' Motion to Require Axis to Pay Officer and Director Defense Costs and for Relief from the Automatic Stay, to the Extent Applicable, for the Advancement of Such Defense Costs, and to Permit Certain Officers to

Prosecute Claims Against Axis, entered in this Adversary Proceeding on the 12th day of September, 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed in Exhibit A, attached hereto.

Dated: September 17, 2007

Signed: _____
Wayne E. Borgeest (WB 3034)
Joan M. Gilbride (JG-6238)
AnnMarie Collins (AC-7125)
Robert A. Benjamin (RB-9891)
Kaufman Borgeest & Ryan LLP
Attorneys for Appellant
Axis Reinsurance Company
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 761-0025 (Facsimile)

**EXHIBIT A**

Gabriel Del Virginia
Law Offices of Gabriel Del Virginia
641 Lexington Avenue
21st Floor
New York, NY 10022
Gabriel.delvirginia@verizon.net

Attorney for Robert Trosten

Norman L. Eisen
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC 20036
neisen@zuckerman.com

Attorneys for Tone Grant

Barbara Moses
Rachel Marissa Korenblat
Morvillo Abramowitz Grand Lason Anello & Bohrer PC
565 Fifth Avenue
New York, NY 10017
bmoses@maglaw.com
rkorenblat@maglaw.com

Attorneys for Robert Trosten

Stuart I. Friedman
Ivan O. Kline
Elizabeth D. Meacham
Friedman & Wittenstein
600 Lexington Avenue
New York, NY 10022
sfriedman@friedmanwittenstein.com
ikline@friedmanwittenstein.com
emeachem@friedmanwittenstein.com

Michael F. Walsh
Greg A. Danilow
Paul A. Ferrillo
Paul Dutka
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Michael.walsh@weil.com
Greg.danilow@weil.com
Paul.ferrillo@weil.com
Paul.dutka@weil.com

Attorneys for T.H. Lee, David V. Harkins, Scott Jaeckel, Scott Schoen, Ronald O'Kelley, Nathan Gantcher, Leo Breitman

Michael T. Hannafan
Blake Tyler Hannafan
Hannafan & Hannafan Ltd
One East Wacker Drive, Suite 1208
Chicago, IL 60601
mth@hannafanlaw.com
bth@hannafanlaw.com

Attorneys for Tone Grant

Jeffrey T. Golenbock
Adam C. Silverstein
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
jgolenbock@golenbock.com
asolverstein@golenbock.com

Attorneys for Phillip Bennett

Richard Cashman
Heller Ehrman LLP
7 Times Square
New York, NY 10036
Richard.Cashman@hellerehrman.com

Attorneys for Phillip Silverman

185975.1                                3

Attorneys for William M. Sexton
and Gerald Sherer

Matthew R. Goldman
Wendy J. Gibson
Baker Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
mgoldman@bakerlaw.com
wgibson@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Helen B. Kim
Baker Hostetler LLP
333 South Grand Avenue, Suite 1800
Los Angeles, CA 90071-1523
hkim@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Richard Soto
Scott E. Hershman
Stephen R. Blacklocks
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166
rsoto@hunton.com
shershman@hunton.com
sblacklocks@hunton.com

Attorneys for Santo Maggio

Joseph L. Chairez
Baker Hostetler LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
jchairez@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy

Ona T. Wang
Baker Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
owang@bakerlaw.com

Attorneys for Dennis Klejna
and Joseph Murphy