Wayne E. Borgeest
Joan M. Gilbride
Robert A. Benjamin
**KAUFMAN BORGEEST & RYAN LLP**
200 Summit Lake Dr
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
wborgeest@kbrlaw.com
jgilbride@kbrlaw.com
rbenjamin@kbrlaw.com

*Attorneys for Axis Reinsurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| AXIS REINSURANCE COMPANY, | : | No. 07-CV-07924-GEL |
| Plaintiff, | : | |
| v. | : | |
| PHILLIP R. BENNETT, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| REFCO, INC., et al., | : | Case No. 05-60006-RDD |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------X

| | | |
|---|---|---|
| AXIS REINSURANCE COMPANY, | : | Adv. Proc. No. 07-01712-RDD |
| Plaintiff, | : | |
| v. | : | |
| PHILLIP R. BENNETT, et al., | : | |
| Defendants. | : | |

```
-----------------------------------------------------------X
                                                           :
TONE N. GRANT, et al.,                                     :   Adv. Proc. 07-02005-RDD
                                                           :
                Plaintiffs,                                :
        v.                                                 :
                                                           :
AXIS REINSURANCE COMPANY,                                  :
                                                           :
                Defendant.                                 :
                                                           :
-----------------------------------------------------------X
                                                           :
LEO R. BREITMAN, et al.,                                   :   Adv. Proc. No. 07-02032-RDD
                                                           :
                Plaintiffs,                                :
        v.                                                 :
                                                           :
AXIS REINSURANCE COMPANY,                                  :
                                                           :
                Defendant.                                 :
                                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
AXIS REINSURANCE COMPANY,                                  :   (1) No. 07-CV-09420-GEL
                                                           :   (2) No. 07-CV-09842-GEL
                Plaintiff,                                 :   (3) No. 07-CV-10302-GEL
        v.                                                 :
                                                           :
PHILLIP R. BENNETT, et al.,                                :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------X
                                                           :
TONE N. GRANT, et al.,                                     :   No. 07-CV-09843-GEL
                                                           :
                Plaintiffs,                                :
        v.                                                 :
                                                           :
AXIS REINSURANCE COMPANY,                                  :
                                                           :
                Defendant.                                 :
                                                           :
-----------------------------------------------------------X
```

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   s.s.:
COUNTY OF WESTCHESTER    )

1.  ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am an attorney with the firm Kaufman Borgeest & Ryan LLP.

2.  On February 1, 2008, I caused a true and correct copy of the following document to be served via (i) electronic mail notification to the parties listed on Exhibit A attached hereto, and (ii) overnight delivery to the party listed on Exhibit B attached hereto:

- Axis Reinsurance Company Reply to the Insureds' Joint Response to Axis's Motion for a Stay of the Bankruptcy Court's Order of October 19, 2007

Dated: Valhalla, New York
       February 1, 2008

ROBERT A. BENJAMIN

KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 741-6100 (Telephone)
(914) 741-0025 (Facsimile)
rbenjamin@kbrlaw.com

# **EXHIBIT A**

| | |
|---|---|
| Gabriel Del Virginia<br>Law Offices of Gabriel Del Virginia<br>641 Lexington Avenue<br>21st Floor<br>New York, NY 10022<br>Gabriel.delvirginia@verizon.net | Michael F. Walsh<br>Greg A. Danilow<br>Paul A. Ferrillo<br>Paul Dutka<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Michael.walsh@weil.com<br>Greg.danilow@weil.com<br>Paul.ferrillo@weil.com<br>Paul.dutka@weil.com |
| Norman L. Eisen<br>Zuckerman Spaeder LLP<br>1800 M Street, NW<br>Washington, DC 20036<br>neisen@zuckerman.com | Matthew R. Goldman<br>Wendy J. Gibson<br>Baker Hostetler LLP<br>3200 National City Center<br>1900 East Ninth Street<br>Cleveland, OH 44114-3485<br>mgoldman@bakerlaw.com<br>wgibson@bakerlaw.com |
| Helen B. Kim<br>Baker Hostetler LLP<br>333 South Grand Avenue, Suite 1800<br>Los Angeles, CA 90071-1523<br>hkim@bakerlaw.com | Richard Soto<br>Scott E. Hershman<br>Stephen R. Blacklocks<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166<br>rsoto@hunton.com<br>shershman@hunton.com<br>sblacklocks@hunton.com |

| | |
|---|---|
| Stuart I. Friedman<br>Ivan O. Kline<br>Elizabeth D. Meacham<br>Friedman & Wittenstein<br>600 Lexington Avenue<br>New York, NY 10022<br>sfriedman@friedmanwittenstein.com<br>ikline@friedmanwittenstein.com<br>emeachem@friedmanwittenstein.com | Richard Cashman<br>Heller Ehrman LLP<br>7 Times Square<br>New York, NY 10036<br>Holly.kulka@hellerehrman.com |
| Lisa L. Lambert<br>Office of United States Trustee<br>271 Cadman Plaza East, Suite 4529<br>Brooklyn, NY 11201<br>Lisa.l.lambert@usdoj.gov | J. Gregory Milmoe<br>Skadden, Arps, Slate, Meager & Flom LLP<br>4 Times Square<br>New York, NY 10036<br>jmilmoe@skadden.com |
| Luc A. Despins<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>ldespins@milbank.com | Steven Wilamowsky<br>Timothy B. DeSieno<br>Mark W. Deveno<br>Bingham McCutcheon LLP<br>399 Park Avenue<br>New York, NY 10022<br>Steven.wilamowsky@bingham.com<br>Tim.desieno@bingham.com<br>Mark.deveno@bingham.com |

| | |
|---|---|
| Donald S. Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Dpw.refco@dpw.com | Robert M. Novick<br>Jeffrey R. Gleit<br>Kasowitz Benson Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>rnovick@kasowitz.com<br>jgleit@kasowitz.com |
| Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Avenue<br>New York, NY 10017<br>susheelkirpalani@quinnemanuel.com | Jeffrey T. Golenbock<br>Adam C. Silverstein<br>Golenbock Eiseman Assor Bell & Peskoe LLP<br>437 Madison Avenue<br>New York, NY 10022<br>jgolenbock@golenbock.com<br>asolverstein@golenbock.com |
| Barbara Moses<br>Rachel Marissa Korenblat<br>Morvillo Abramowitz Grand Lason Anello & Bohrer PC<br>565 Fifth Avenue<br>New York, NY 10017<br>bmoses@maglaw.com<br>rkorenblat@maglaw.com | Michael T. Hannafan<br>Blake Tyler Hannafan<br>Hannafan & Hannafan Ltd<br>One East Wacker Drive, Suite 1208<br>Chicago, IL 60601<br>mth@hannafanlaw.com<br>bth@hannafanlaw.com |

| | |
|---|---|
| Ona T. Wang<br>Baker Hostetler LLP<br>45 Rockefeller Plaza, 11th Floor<br>New York, NY 10111<br>owing@bakerlaw.com | Joseph L. Chairez<br>Baker Hostetler LLP<br>600 Anton Boulevard, Suite 900<br>Costa Mesa, CA 92626<br>jchairez@bakerlaw.com |
| Daniel J. Standish<br>Jonathan M. Jacobs<br>Cara T. Duffield<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>dstandish@wileyrein.com<br>jjacobs@wileyrein.com<br>cduffield@wileyrein.com | Dylan G. Trache<br>Wiley Rein LLO<br>7925 Jones Branch Drive<br>McLean, VA 22102<br>dtrache@wileyrein.com |

## **EXHIBIT B**

| | |
|---|---|
| Honorable Gerard E. Lynch<br>United States District Court for the<br>Southern District of New York<br>500 Pearl Street, Room 910<br>New York, NY 10007 | |